

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-19-00009-CV

Trial Court Cause
Number:           2018-45639

Style:            Pro Publica, Inc. and Charles Ornstein, Hearst Newspapers, LLC d/b/a The Houston Chronicle and Mike Hixenbaugh

                  **v** Dr. O. Howard Frazier

Date motion filed*:     December 16, 2019

Type of motion:   Motion for Withdrawal of Counsel–Zenobia Bivens

Party filing motion:    Appellee

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☒   Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☐   Other: _____

Judge's signature: _____/s/ Sherry Radack_____
                  ☒ Acting individually    ☐ Acting for the Court

Date: December 19, 2019